IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 19–cv–01298–DDD–KMT

ANTHONY SCACCIANOCE,

    Plaintiff,

v.

JOSEPH SACKETT, Deputy Fremont County,

    Defendant.

---

# ORDER

---

    Before the court is Plaintiff's "Motion for Appointment of Counsel." (Doc. No. 22.) The court has carefully considered the motion and, being fully advised, hereby **ORDERS** as follows:

    The Motion for Appointment of Counsel is **GRANTED**. In accordance with Rule 15 of the Attorney Rules for the District of Colorado, "Attorney *Pro Bono* Representation," the court hereby determines that *pro se* Plaintiff Anthony Scaccianoce merits appointment of counsel from the Civil *Pro Bono* Panel. The court is satisfied that the following factors and considerations have been met: (1) the nature and complexity of the action; (2) the potential merit of Plaintiff's claims; (3) the demonstrated inability of Plaintiff to retain counsel by other means; and (4) the degree to which the interests of justice, including the benefit to the court, will be served by appointment of counsel. *See* D.C.COLO.LAttyR 15(f)(1)(B).

    Accordingly, it is **ORDERED** that the Clerk of Court shall select, notify, and appoint a member of the Panel to represent Plaintiff in this matter. *See* D.C.COLO.LAttyR 15(f)(2).

Plaintiff is advised that there is no guarantee that Panel members will undertake representation in every case selected as part of the Civil *Pro Bono* Program. Plaintiff is further cautioned that, until appointed counsel enters an appearance, Plaintiff will continue to be responsible for all scheduled matters, including hearings, depositions, motions, and trial, and must follow the court's procedures and rules accordingly.

Dated October 17, 2019.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge